Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AFFILIATED FOODS, INC.,

Plaintiff(s),

v.

TRI-UNION SEAFOODS, LLC, et al.,

Defendant(s).

Case No: 15-cv-3815

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert N. Kaplan, an active member in good standing of the bar of S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Affiliated Foods, Inc. in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>New York, NY  10022 | Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 687-1980 | (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rkaplan@kaplanfox.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: RK3100.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/24/15

Robert N. Kaplan
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert N. Kaplan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, Ruby J. Krajick, Clerk of this Court, certify that

**ROBERT N. KAPLAN**, Bar # **RK3100**

was duly admitted to practice in this Court on

**JULY 1st, 1965**, and is in good standing as a member of the Bar of this Court.

Dated at 500 Pearl Street
New York, New York    on    **AUGUST 24th, 2015**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk