Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FOODS, INC., | ) |
| | ) Case No: 15-cv-3815 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| TRI-UNION SEAFOODS, LLC, et al., | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |

I, Elana Katcher, an active member in good standing of the bar of S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Affiliated Foods, Inc. in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>New York, NY  10022 | Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 687-1980 | (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ekatcher@kaplanfox.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: EK2575.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/24/15                                                       Elana Katcher
                                                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Elana Katcher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>          **ELANA KATCHER**          </u>, Bar # <u>     **EK2575**     </u>

was duly admitted to practice in this Court on

<u>     **SEPTEMBER 4th, 2007**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>    on    <u>     **AUGUST 24th, 2015**     </u>

<u>     Ruby J. Krajick     </u>    by    <u>  /s/ signature  </u>
Clerk                                           Deputy Clerk