Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FOODS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> TRI-UNION SEAFOODS, LLC, et al., <br><br> Defendant(s). | Case No: 15-cv-3815 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Gregory K. Arenson, an active member in good standing of the bar of S.D. New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Affiliated Foods, Inc. in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP <br> 850 Third Avenue <br> New York, NY 10022 | Kaplan Fox & Kilsheimer LLP <br> 350 Sansome Street, Suite 400 <br> San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: <br> (212) 687-1980 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: <br> garenson@kaplanfox.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GA2426.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/24/15                                 Gregory K. Arenson
                                                          APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory K. Arenson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 27, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, Ruby J. Krajick, Clerk of this Court, certify that

**GREGORY K. ARENSON**, Bar # **GA2426**

was duly admitted to practice in this Court on

**APRIL 18th, 1978**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at New York, New York      on      **AUGUST 24th, 2015**

Ruby J. Krajick          by _____
Clerk                              Deputy Clerk